FILED 

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2026 FEB 23 P 5: 57

| | |
|---|---|
| John Doe<br><br>    Plaintiff,<br><br>v.<br><br>Fairfax County, Virginia; Kevin Davis, in his official capacity as Fairfax County Chief of Police, Unknown Officers, in their individual capacities;<br><br>Loudoun County, Virginia; Michael Chapman, in his official capacity as Loudoun County Sheriff, Unknown Deputies, in their individual capacities,<br><br>    Defendants. | Case No. 1:26cv546 |

**PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Petitioner John Doe respectfully request this Court's leave to proceed under pseudonym to protect his identity from public disclosure.

For years, law enforcement, at times acting through private individuals, have subjected Plaintiff to unlawful surveillance, intimidation, harassment, stalking, and discriminatory investigation on the basis of his Iranian heritage, Muslim religion, and friendship with a federal employee or contractor.

In February 2024 Plaintiff's attempt to schedule a consultation session with an attorney was disrupted when a much bigger and younger man walked behind him and punched him in the

1

head while yelling. Plaintiff was seated at a Fairfax County public library internet station typing an email to an attorney.

In October 2024, as retaliation for Plaintiff's submitting FOIA requests to the Loudoun County Sheriff's Office, a LCSO cruiser attempted to provoke and manufacture an accident with the Plaintiff's car.

Plaintiff continues to be subjected to stalking by law enforcement as well as private individuals acting on behalf of law enforcement. These actions have disrupted Plaintiff's life and prevented him from gaining employment.

Because of Plaintiff's Iranian heritage and family ties to Iran, Plaintiff and his family living in Iran are vulnerable to harm from public disclosure of his identity. And any publicized financial relief from this litigation will expose Plaintiff and his family to pressure from Iranian government and possible seizure of funds, property, or assets.

Moreover, this case is challenging actions of the government.

To protect the Plaintiff's and innocent non-parties' right to privacy as well as highly sensitive and personal matters, the public interest weighs in favor of proceeding under pseudonym.

For the foregoing reasons, Plaintiff respectfully request this Court grant Plaintiff's Motion for Leave to Proceed Under Pseudonym.


Dated:        February 23, 2026


*John Doe*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

FILED 

__John Doe__
Plaintiff(s),

v.

__Fairfax County, et al.__
Defendant(s).

2026 FEB 23 P 5:57

Civil Action Number: __1:26 cv 546__

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __Motion To Proceed Under Pseudonym__.
(Title of Document)

__John Doe__
Name of *Pro Se* Party (Print or Type)

__/s/ John Doe__
Signature of *Pro Se* Party

Executed on: __2/23/26__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)